**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

MABLEX HOME CARE, INC.,

    *Plaintiff*,

Case No. 1:22-cv-23877
(Circuit Court case no: 2022-019280-CA-01)

v.

SCOTTSDALE INSURANCE
COMPANY,

    *Defendant*.

_____/

## NOTICE OF REMOVAL

COMES NOW, SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE"), named as Defendant in the within cause of action, by and through undersigned counsel, and, pursuant to 28 U.S.C. §§ 1446, 1441(b), and 1332, files this Notice of Removal, and, in support hereof, states as follows:

*1.* Plaintiff Mablex Home Care, Inc. (hereinafter, "Plaintiff") commenced this action on October 6, 2022 in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida; the Circuit Court action was assigned Case Number 2022-019280-CA-01. A copy of the Summons, Complaint, and such other papers or exhibits as are required by the Local Rules of Court, are filed herewith, as *Exhibit "A."*

2. The Notice of Service of Process reflects service of process in the State Court action upon SCOTTSDALE on October 31, 2022.

3. 28 U.S.C. § 1332 provides, in relevant part, as follows:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between---

(1) citizens of different States;….

4. By way of Paragraph 1 of the Complaint, Plaintiff alleges that, "[t]his is an action for damages within the jurisdictional limits of this court." *Refer to*, Complaint, Exh. "A."

5. Plaintiff provided SCOTTSDALE with estimates of damages relative to the insured property totaling $104,580.31. *Refer to*, Estimates prepared by Homeland Public Adjusters, attached hereto as **Composite Exhibit "B."**

6. In view of the foregoing, and in accordance with 28 U.S.C. § 1446(c)(2)(A)(ii), SCOTTSDALE believes that the amount-in-controversy requirement of 28 U.S.C. § 1332 is satisfied.

7. By way of Paragraph 2 of the Complaint, and Policy number CPS3375115, Plaintiff was and is the owner of real property located at 13391 SW 27th Street, Miami, Florida 33175. *Refer to*, Complaint and Policy, Exh. "A." Property records maintained by the Office of the Property Appraiser for Miami-Dade County confirms that Ana Amores also owns real property located at 13391 SW 27 St, Miami, Florida 33175. *Refer to,* Property Appraiser Records, attached hereto as **Exhibit "C."** A current Florida Driver License Records, Florida Motor Vehicle Registration, and Florida Voter Registration search through LexisNexis, confirms that Ana Amores has a Florida Driver's License, Florida Motor Vehicle Registration, and Florida Voter Registration, with 13391 SW 27 St, Miami, Florida 33175, listed as her address. A copy of the redacted Florida Driver License Record, redacted Florida Motor Vehicle Registration, and redacted Florida Voter Registration, search through LexisNexis, are filed herewith, as **Composite Exhibit "D."**

8. SCOTTSDALE is a corporation duly organized and existing under the laws of the State of Ohio, with its principal place of business in the State of Arizona, and is a citizen of only the States of Ohio and Arizona. (Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be

deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business….".)

9. At the time of the filing of this Notice of Removal, there was and still is complete diversity of citizenship between Plaintiff and SCOTTSDALE.[1]

10. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

11. The within Notice of Removal is being filed within thirty (30) days of October 31, 2022, the date of service upon SCOTTSDALE; removal is timely under 28 U.S.C. § 1446.

12. Removal to the Miami Division of the United States District Court for the Southern District of Florida is proper, under 28 U.S.C. § 1441(a), as the State Court action was initiated by Plaintiff in Miami-Dade County, Florida, which is located within this District/Division.

13. Undersigned counsel for SCOTTSDALE certifies that he will file a copy of the Notice of Removal with the Clerk of Court for Miami-Dade County, Florida, and will give notice of same to Plaintiff's counsel, **JASIEL TABARES, ESQUIRE**, TABARES LAW, P.A., claims@tabareslaw.com and jtabares@tabareslaw.com.

**WHEREFORE**, Defendant, SCOTTSDALE INSURANCE COMPANY, prays for removal of this cause of action to the United States District Court for the Southern District of Florida (Miami Division), and for a stay of all proceedings in the State Circuit Court action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **this 29th day of November, 2022,** I electronically filed the foregoing pursuant to the Supreme Court of Florida Order No. AOSC13-49 with the Clerk of Court by using the Florida Courts E-Filing Portal who will send notice of this electronic filing to:

---

[1] Plaintiff in this case are seeking insurance benefits provided by virtue of Property Damage Coverage under a policy of insurance underwritten by SCOTTSDALE; Plaintiff is not seeking insurance benefits provided by virtue of any Liability Coverage. 28 U.S.C. § 1332(c)(1)(A) does not apply to defeat diversity in this case.

**JASIEL TABARES, ESQUIRE**, TABARES LAW, P.A., claims@tabareslaw.com and jtabares@tabareslaw.com (Attorneys for Plaintiff).

                              By:    */s/ Sean W. Rolland*
                                       SEAN W. ROLLAND, ESQUIRE
                                       Florida Bar No.: 112151
                                       sean.rolland@wilsonelser.com
                                       kathleen.benavides-lopez@wilsonelser.com
                                       christina.balderson@wilsonelser.com
                                       111 North Orange Avenue, Suite 1200
                                       Orlando, Florida 32801
                                       Telephone:  (407) 203-7599
                                       Facsimile:  (407) 648-1376
                                       Attorneys for Defendant,
                                       Scottsdale Insurance Company