**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:22-cv-23877

MABLEX HOME CARE, INC.,

    Plaintiff,

v.

SCOTTSDALE INSURANCE
COMPANY,

    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, MABLEX HOME CARE, INC., and Defendant, SCOTTSDALE INSURANCE COMPANY, hereby notify the Court that the issues in this matter have been resolved. A Joint Stipulation Regarding Entry of an Order of Dismissal with Prejudice will be submitted to the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **this 28th day of June, 2023** I electronically filed the foregoing pursuant to the Supreme Court of Florida Order No. AOSC13-49 with the Clerk of Court by using the Florida Courts E-Filing Portal who will send notice of this electronic filing to: **RAYMOND FERRER, ESQUIRE and JASIEL TABARES, ESQUIRE**, TABARES LAW, P.A., claims@tabareslaw.com, rferrer@tabareslaw.com, and jtabares@tabareslaw.com (Attorneys for Plaintiff).

    Wilson Elser Moskowitz Edelman & Dicker LLP

    By: */s/ Sean W. Rolland*
        SEAN W. ROLLAND, ESQUIRE
        Florida Bar No.: 112151
        sean.rolland@wilsonelser.com
        kathleen.benavides-lopez@wilsonelser.com
        christina.balderson@wilsonelser.com
        111 North Orange Avenue
        Suite 1200

                                                    Orlando, Florida 32801
                                                    Telephone: (407) 203-7599
                                                    Facsimile: (407) 648-1376
                                                    Attorneys for Defendant,
                                                    Scottsdale Insurance Company

SWR:cb