## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  1:22-cv-23877-PCH

**MABLEX HOME CARE INC.,**
    Plaintiff,

**v.**

**SCOTTSDALE INSURANCE
COMPANY,**

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's, Mablex Home Care, Inc., and Defendant's, Scottsdale Insurance Company, Stipulation for Order of Dismissal with Prejudice [ECF No. 19], filed on July 28, 2023.  Parties advise the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) they wish to voluntarily dismiss this action with prejudice. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each side to bear its own fees and costs.  All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on July 31, 2023.

Paul C. Huck
United States District Judge

CC: All Counsel of Record

1